MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
ASHLEY ATTIA (SBN 311779)
aattia@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendant
CIRCLE K STORES, INC.



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISE MEDINA, on behalf of herself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 through 100, inclusive,,<br><br>Defendants. | CASE NO.: 5:22-cv-00557-JGB-KK<br><br>Hon. Jesus G. Bernal<br>Ctrm.: 1<br><br>**DECLARATION OF CHRIS BRAHAM IN SUPPORT OF DEFENDANT CIRCLE K STORES, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**<br><br>*[Filed concurrently with Circle K's Supplemental Brief]*<br><br>Complaint Filed: January 13, 2022 |

# DECLARATION OF CHRIS BRAHAM

I, Chris Braham, hereby declare and state:

1. I am a partner with the law firm McDermott Will & Emery, LLP, counsel of record for Defendant Circle K Stores, Inc. ("Circle K"). I am licensed to practice law in the State of California. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On October 30, 2023, I took the deposition of Elise Medina in Pasadena, California. A true and correct copy of relevant excerpts of the transcript are attached hereto as **Exhibit A**.

Executed this 17th day of January, 2024 in Miami, Florida.

*<u>/s/ Christopher Braham</u>*
Christopher Braham

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

# EXHIBIT A

Planet Depos
We Make It Happen™

# Transcript of Elise Marie Medina

**Date:** October 30, 2023
**Case:** Medina, et al. -v- Circle K Stores, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDEA

| | | |
|---|---|---|
| ELISE MEDINA, on behalf of the State of California and Aggrieved Employees, | ) | |
| Plaintiff, | ) | CASE NO. 22CV005827 |
| VS. | ) | |
| CIRCLE K. STORES, INC., a Texas corporation; and DOES 1 through 100, Inclusive, | ) | |
| Defendants. | ) | |

VIDEOTAPED DEPOSITION

ELISE MARIE MEDINA

MONDAY, OCTOBER 30, 2023

LOS ANGELES, CALIFORNIA

PAGES 1 - 135

REPORTED BY MARK SCHWEITZER

CSR #10514, RPR, CRR

Videotaped Deposition of

Elise Marie Medina

Witness Location:

Pasadena, California

Pursuant to Notice, before Mark Schweitzer, Registered Professional Reporter, Certified Realtime Reporter, and Certified Shorthand Reporter No. 10514, in and for the State of California.

A P P E A R A N C E S

For the Plaintiff:

Schneider Wallace Cottrell Konecky LLP
By: Esther L. Bylsma, Esq.
2000 Powell Street, Suite 1400
Emeryville, California 94608
415-421-7100

For the Defendants:

McDermott Will & Emery
By: Ashley Attia, Esq.
Christopher A. Braham, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
310-277-4110

A. It was noon. And that's when I came in at 1:00 P.M. 11:11:21 11:11:24
Q. Okay. You're fast. 11:11:25
A. 1:00 P.M., 2:00 P.M. 11:11:26
Q. So you came in at 1:00 P.M., and then -- or 1:00, 2:00 P.M., somewhere approximately in that timeframe? 11:11:31 11:11:37 11:11:40
A. Yes. 11:11:40
Q. And then you -- did you actually work a shift that day? 11:11:40 11:11:43
A. Yes. 11:11:44
Q. Okay. What did you do on that first shift substantively? 11:11:45 11:11:50
A. I remember first I was stocking the cups, and then they had started showing me around with the registers. 11:11:50 11:11:54 11:11:59
Q. Okay. 11:11:59
A. And that would be it. 11:12:00
Q. You say "they." Who is they? 11:12:01
A. It would be Anthony Hudson -- I believe that's his name. That was the assistant store manager that was on duty at the time. 11:12:03 11:12:06 11:12:08
Q. Okay. Was Courtney on duty as well? 11:12:10
A. She was on duty when she first hired me because that's when she gave me her interview, and 11:12:12 11:12:15

then she left shortly after. She told me to go over the onboarding documents. 11:12:17 11:12:20

Q. Okay. So as soon as you completed your orientation, is it fair to say that Courtney left for the day? 11:12:22 11:12:26 11:12:30

A. I wasn't done with my orientation. She had left right when she opened the documents for me. 11:12:30 11:12:33

Q. So is it fair to say that as soon as Courtney opened the documents for you, she left for the day? 11:12:35 11:12:37 11:12:40

A. Yes. 11:12:40

Q. And were you completing the documents on your own, or was she there, or what was -- 11:12:41 11:12:44

A. On my own. 11:12:47

Q. And were you in a room by yourself, or was it Anthony that you said? 11:12:48 11:12:51

A. Yes, I was in by myself. 11:12:54

Q. So there was a computer in the back office; is that fair? 11:12:55 11:12:58

A. Yes. 11:12:58

Q. Okay. And then when the computer in the back office -- you're going through some documents; is that fair? 11:12:58 11:13:00 11:13:04

A. Yes. 11:13:05

Q. Okay. Did you have to submit like I-9 11:13:05

paperwork, fill out tax forms like before, did any of that happen on the first day? 11:13:10 11:13:14
A. Yeah, it was everything. 11:13:15
Q. Including -- 11:13:17
A. Yes. 11:13:18
Q. Got it. And was that on the computer, or did you physically have to sign documents for that one? 11:13:18 11:13:22 11:13:25
A. Everything was on the computer. 11:13:25
Q. Okay. Got it. And do you remember the name of the program that you were completing these documents on? 11:13:26 11:13:29 11:13:32
A. I believe it was Workday. The app that they told me. 11:13:33 11:13:41
Q. Okay. So you were using Workday to complete your onboarding paperwork; is that fair? 11:13:48 11:14:11
A. Yes. 11:14:15
Q. Okay. And then after you completed your onboarding paperwork, there was, I'm assuming, it sounds like -- and again, correct me if I'm wrong -- some sort of walk-through through the store with Anthony? 11:14:15 11:14:19 11:14:22 11:14:25 11:14:29
A. Yes. 11:14:29
Q. And at that point Courtney was no longer there? 11:14:29 11:14:32

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Mark Schweitzer, Certified Shorthand Reporter No. 10514, do hereby Certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

I further certify that I am not interested In the outcome of the action.

Witness my hand this 31st day of October, 2023.

______________________________________

MARK SCHWEITZER, CSR #10514, RPR, CRR
Certified Shorthand Reporter
In and for the State of California