Carolyn H. Cottrell (SBN 166977)
Esther L. Bylsma (SBN 264208)
Sandra Acosta Tello (SBN 315616)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com
sacostatello@schneiderwallace.com

*Attorneys for Plaintiff*

**UNTIED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISE MEDINA, on behalf of herself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00557-JGB-KK<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S JANUARY 2, 2024 ORDER**<br><br>Complaint Filed: January 13, 2022 |

Pursuant to the Court's January 2, 2024 Order (Dkt No. 45) ("Order"), Plaintiff Elise Medina ("Plaintiff") submits this Supplemental Response.

In light of the Court's Order that there was a valid arbitration agreement and *Chamber of Commerce of the United States v. Bonta*, 62 F.4th 473, 478 (9th Cir. 2023) – which was decided after Defendant Circle K Stores, Inc. ("Defendant") filed its Motion to Compel Arbitration (Dkt No. 8) ("Motion") – Plaintiff does not oppose Defendant's Motion.

Dated: January 31, 2024

Respectfully Submitted,

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

By: */s/ Esther L. Bylsma*
Carolyn H. Cottrell
Esther L Bylsma
Sandra Acosta Tello
*Attorneys for Plaintiff and Class members*

# PROOF OF SERVICE

I, Melisa Flores, declare the following:

I am over the age of eighteen years and not a party to the within entitled action. I am employed at Schneider Wallace Cottrell Konecky LLP located at 2000 Powell Street, Suite 1400, Emeryville, California 94608.

On January 31, 2024, I served the following document(s) described as:

**1. PLAINTIFF'S SUPPLEMENTAL RESPONSE PURSUANT TO THE COURT'S JANUARY 2, 2024 ORDER** on the following interested party(s):

Maria C. Rodriguez, Esq.
Chris Braham, Esq.
Ashley Attia, Esq.
McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250,
Irvine, CA 92612
mcrodriguez@mwe.com
cbraham@mwe.com
aattia@mwe.com
clebrane@mwe.com
yrivera@mwe.com
cliu@mwe.com
cdanglade@mwe.com

***Attorney for Defendants***

[X] **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through SWCK's electronic mail system to the email address(s) set forth above from my email: mflores@schneiderwallace.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 31, 2024 at Apple Valley, California.

/s/ Melisa Flores

Melisa Flores