# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE MEDINA, on behalf of herself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00557-JGB-KK<br><br>**JUDGMENT IN FAVOR OF DEFENDANT**<br><br>Complaint Filed:   January 13, 2022 |

On February 8, 2024, the Court granted Circle K Stores, Inc.'s ("Circle K") Motion to Compel Arbitration (Dkt. 8) and renewed Motion for Reconsideration (Dkt. 41). As a result, the Court compelled Plaintiff Elise Medina's ("Medina") individual claims to arbitration and dismissed the Action. The Clerk was directed to close the case.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Medina is compelled to arbitrate her claims against Circle K.
2. This Action is dismissed.
3. Circle K, as the prevailing party, shall be presumed to be entitled to an order for its costs incurred in this Action and may file a Bill of Costs to recover said costs within fourteen (14) days after the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: March 6, 2024

Honorable Jesus G. Bernal
Judge of the United States District Court

Respectfully submitted by:

**MCDERMOTT WILL & EMERY LLP**

By:     */s/ Ashley Attia*
         MARIA C. RODRIGUEZ
         CHRISTOPHER A. BRAHAM
         ASHLEY ATTIA
         Attorneys for Defendant
         CIRCLE K STORES INC.